IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| PHILIP DOUGLAS THOMPSON | § | CASE NO. 22-10227TMD |
| | § | CHAPTER 7 |
| DEBTOR | § | |

**<u>NOTICE REGARDING PAY ADVICES</u>**

The Debtor's did not have any income in the last 60 days.

Via electronic notice
Pat.lowe.law@gmail.com

United States Trustee - AU12
ustpregion07.au.ecf@usdoj.gov

Philip Thompson
5750 Porano Circle
Round Rock, TX 78665

    Respectfully submitted

    HICKSON LAW, P.C.


    <u>/s/ Elizabeth Hickson</u>
    Elizabeth J. Hickson, SB No. 09586000
    4833 Spicewood Springs Rd., #200
    Austin, TX  78759
    (512) 346-8597
    (512) 346-2047 fax
    Attorney for Debtors