UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE: Philip Douglas Thompson    CASE NO 22-10227

CHAPTER 7

## *Added* VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  7/7/22    Signature _Philip Douglas Thompson_

Date _____    Signature _____

Bino Oommen, MD
350 W. Kensington Rd. #120
Mt. Prospect, IL 60056


Bino Oommen, MD
6918 Brookfield Court
Long Grove, IL 60047


Spencer Law Offices, Pc.
55 West Monroe Street #3100
Chicago, IL 60603