# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 22−10227−tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Philip Douglas Thompson**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**10/5/22** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

MAIL COPY OF PROOF OF CLAIM TO:

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 7/8/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re: Case No. 22-10227-tmd

Philip Douglas Thompson  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: admin      Page 1 of 6
Date Rcvd: Jul 08, 2022      Form ID: 148      Total Noticed: 219

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Philip Douglas Thompson, 5750 Porano Circle, Round Rock, TX 78665-2104 |
| 18305360 | + | 3 Guys Pest Control, 2519 Lemons Gap Road, Ovalo, TX 79541-2222 |
| 18305361 | + | A-1 Preferred, PO Box 1372, Sioux City, IA 51102-1372 |
| 18305362 | | A1 Lakeview Doors & Glass, 3rd Avenue North, Plymouth, MN 55447 |
| 18305365 | + | ADP, PO Box 842875, Boston, MA 02284-2875 |
| 18306959 | + | ALLIANCE EQUITY GROUP, LLC, c/o Patrick J. Schurr, 2600 Network Boulevard, suite 400, Frisco, TX 75034-6010 |
| 18305363 | + | Ability Network, Inc., PO Box 865015, Minneapolis, MN 55485-0001 |
| 18305364 | + | Ace Lawn & Snow, 928 W. Flurie Road, Dakota Dunes, SD 57049-5050 |
| 18305366 | + | Advanced Disposal, PO Box 74008053, Chicago, IL 60674-8053 |
| 18305367 | + | Aflac WWHQ, 1932 Wynnton Road, Columbus, GA 31999-0002 |
| 18305368 | + | Agile Premium Finance, PO Box 549, Newark, NJ 07101-0549 |
| 18305369 | | Airgas, PO Box 734671, Dallas, TX 75373-4671 |
| 18305370 | + | All Cen Tex, PPO Box 545, Cedar Park, TX 78630-0545 |
| 18305371 | + | All Heart Service, 4208 Vincent Avenue South, Minneapolis, MN 55410-1519 |
| 18305372 | + | Allegiance Mobile Health, PO Box 4320, Houston, TX 77210-4320 |
| 18305373 | + | Alliance Equity Group, 11701 Stone Hollow Park, Austin, TX 78758-3151 |
| 18305374 | + | Allscripts Healthcare LLC, 24360 Netowrk Place, Chicago, IL 60673-1243 |
| 18305375 | + | Alpine Diversified Services, 4857 University Avenue NE, Minneapolis, MN 55421-2113 |
| 18305376 | + | Apple Tree Dental, 8960 Springbrook Dr. NW #150, Coon Rapids, MN 55433-5810 |
| 18305377 | + | Apploi Corp., 450 Lexington Ave. #839, New York City, NY 10163-9624 |
| 18305378 | + | Associated Clinic of Psychology, 4240 Park Glen Road, Minneapolis, MN 55416-5427 |
| 18305380 | + | At & T Capital Services, Inc., 13160 Collections Center Drive, Chicago, IL 60693-0001 |
| 18305381 | + | Atmos Energy, PO Box 740353, Cincinnati, OH 45274-0353 |
| 18306958 | + | BETHANY MN REALTY, LLC, c/o Patrick J. Schurr, 2600 Network Boulevard, suite 400, Frisco, TX 75034-6010 |
| 18305382 | + | Baker Donelson, 100 Light Street 19th Floor, Baltimore, MD 21202-1153 |
| 18305383 | + | Batteries + Bulbs, 5717 Excelsior Blvd., St. Louis Park, MN 55416-2827 |
| 18305384 | | Ben Aaron, 18366 Sunset Avenue, Circle Pines, MN 55014 |
| 18305385 | + | Bethany MN Realty, 1981 Marcus Avenue, New Hyde Park, NY 11042-2060 |
| 18305386 | + | Black Plumbing, 4640 S. Treadway, Abilene, TX 79602-7810 |
| 18305387 | + | Briggs Healthcare, 7887 University Blvd., Clive, IA 50325-1243 |
| 18305388 | + | Bunkers Feed & Supply Inc, PO Box 137, Granville, IA 51022-0137 |
| 18305389 | + | Care Optopns Network, 7625 Metro Blvd. 2nd Floor, Minneapolis, MN 55439-3053 |
| 18305390 | + | Center Point Energy, PO Box 4671, Houston, TX 77210-4671 |
| 18305391 | + | Centers for Medicare & Medicaid, Services, 7500 Security Blvd., Baltimore, MD 21244-1849 |
| 18305392 | + | Central Lock & Safe Company, Inc., 2000 Central Avenue, Minneapolis, MN 55418-4532 |
| 18305393 | | Central Texas Refuse, PO Box 18685, Austin, TX 78760-8685 |
| 18305395 | + | City of Sioux City, PO Box 447, Sioux City, IA 51102-0447 |
| 18305396 | + | City of Stamford, PO Drawer 191, Stamford, TX 79553-0191 |
| 18305398 | + | Community Federal Savings Bank, 89-16 Jamaica Avenue, Woodhaven, NY 11421-2040 |

22-10227-smr Doc#17 Filed 07/10/22 Entered 07/10/22 23:19:40 Imaged Certificate of Notice Pg 3 of 7

| District/off: 0542-1 | User: admin | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Jul 08, 2022 | Form ID: 148 | Total Noticed: 219 |

| | | |
| --- | --- | --- |
| 18305399 | + | Comprehensive Nursing Solutions, 8904 N. River Road, Tampa, FL 33635-9104 |
| 18305400 | + | Continental Fire Sprinkler, 4518 South 133rd St., Omaha, NE 68137-1141 |
| 18305401 | + | Cross River Bank, 2365 Nostrail Avenue #B, Brooklyn, NY 11210-3839 |
| 18305402 | + | Custom Medical Solutions, 7100 Northland Circle N. #410, Brooklyn Park, MN 55428-1500 |
| 18305413 | + | DZ Lawn Care & Snow Removal, PO Box 47911, Plymouth, MN 55447-0911 |
| 18305403 | + | Dake Pest Control, 2719 41st Street, Sioux City, IA 51108-2005 |
| 18305404 | + | Darling's Sales & Service Co., 10007 Biltmore St. NE, Minneapolis, MN 55449-4425 |
| 18305406 | + | Dennis Decosta, 2309 Hayes St. NE, Minneapolis, MN 55418-3934 |
| 18305407 | + | Department of Human Services, PO Box 64835, Medical Care Surcharge, Saint Paul, MN 55164-0835 |
| 18305408 | + | Dialyze Direct, 3297 State Route 66, Neptune, NJ 07753-2763 |
| 18305409 | + | Digital Brigade, 222 N. Main Street Suite C, River Falls, WI 54022-3312 |
| 18305411 | + | Document Depot & Destruction Inc, PO Box 3621, Sioux City, IA 51102-3621 |
| 18305412 | + | Don Edward, 2562 Paysphere Circle, Chicago. IL 60674-0001 |
| 18305414 | + | Eco Shred MN Inc., 805 Rum River Dr. So., Princeton, MN 55371-2227 |
| 18305416 | + | Employers Preferred Insurance, 500 North Brand Blvd. $700, Glendale, CA 91203-3916 |
| 18305417 | + | Envisage Health Inc., 1935 CR B2 #62, Roseville, MN 55113-2794 |
| 18305418 | + | Faegre Drinker, 2200 Wells Fargo Center, 90 S. Seventh Street, Minneapolis, MN 55402-3924 |
| 18305419 | + | Farm Brothers, PO Box 732855, Dallas, TX 75373-2855 |
| 18305420 | | Fedex, PO Box 660481, Dallas, TX 75266-0481 |
| 18305421 | + | Fiber Comm, PO Box 416, Sioux City, IA 51102-0416 |
| 18305422 | + | First Insurance Funding, 450 Skokie Blvd. #1000, Northbrook, IL 60062-7917 |
| 18305424 | + | Fusion Medical Staffing, PO Box 82674, Lincoln, NE 68501-2674 |
| 18305425 | + | Gentell, 2701 Bartram Road, Bristol, PA 19007-6810 |
| 18305426 | + | Gilbert Mechanical Contractors LLC, 5251 West 74th Street, Edina, MN 55439-2224 |
| 18305427 | + | Gonzalez Roofing, 1558 Chestnut Street, Abilene, TX 79602-4833 |
| 18305428 | + | Gopichand Kapu MD, 215 North Avenue J, Anson, TX 79501-2100 |
| 18305429 | | Grainger, Dept. 887611978, PO Box 419267, Kansas City, MO 64141-6267 |
| 18305430 | + | Grasso Public Adjusters, 8301 Cross Timbers Road, Flower Mound, TX 75022-6411 |
| 18305431 | + | Grease Busters Inc., PO Box 6571, Abilene, TX 79608-6571 |
| 18305433 | + | Greg Gregerson, 1800 Indian Hill Drive, Sioux City, IA 51104-1518 |
| 18305434 | + | HD Supply, PO Box 509058, San Diego, CA 92150-9058 |
| 18305435 | + | Healthcare Services Group, 3220 Tillman Drive #300, Bensalem, PA 19020-2028 |
| 18305436 | + | Helping Hands, 4300 Lakeport St. #106, Sioux Falls, IA 51106-9533 |
| 18305437 | + | Holland Lawn Care Inc., 3901 Orchard St., Sioux City, IA 51104-1341 |
| 18305438 | + | Home Depot Credit Services, PO Box 9001043, Louisville, KY 40290-1043 |
| 18305439 | + | Host Alliances, 680 Central Avenue Unit 101, New Yourk City, NY 11516-2329 |
| 18305440 | + | Hunt Electric, 7900 Chicago Avenue, Bloomington, MN 55420-1324 |
| 18305441 | + | ILTCRMA, c/o Iowa State Bank, Trust Department, 2301 128th Street, Urbandale, IA 50323-1818 |
| 18305445 | + | IPFS, 450 Skokie Blvd. #1000, Northbrook, IL 60062-7917 |
| 18305442 | + | Impressions SIgns and Graphics, 680 Hale Avenue N. #250, Oakdale, MN 55128-7561 |
| 18305443 | + | Inca-Trio Fire Services. LP, 1009 Martin Street, Abilene, TX 79602-3800 |
| 18305446 | + | Jackson Lloyd Select Risk, PO Box 187, Longview, TX 75606-0187 |
| 18305447 | #+ | Jason L. Martin MD, 4495 Wandering Vine Trail, Round Rock, TX 78665-1266 |
| 18305448 | + | Joerns Healthcare, 2430 Whitehall Park Dr. #100, Charlotte, NC 28273-3948 |
| 18305449 | + | Johnson Plumbing, LLC, PO Box 3184, Sioux City, IA 51102-3184 |
| 18305450 | + | Johnstone Supply, 10620 Metric Blvd., Austin, TX 78758-4526 |
| 18305451 | + | Jonathan Greg Fortson, 3110 Delaware Road, Abilene, TX 79606-1632 |
| 18305452 | + | Jones County Appraisal District, 1137 E. Court Plaza, Anson, TX 79501-4314 |
| 18305453 | + | Kent Appledorn, 1271 Dennis Station, Maplewood, MN 55119-7114 |
| 18305454 | + | Kirby Restaurant & Chemical Supply, 809 Eastman Road, Longview, TX 75602-2303 |
| 18305455 | | Koetter Fire Protection, 16069 Central Commercial Dr., Pflugerville, TX 78660Dallas, TX 75220 |
| 18305456 | + | Lanre Alaran, 905 Wilow Road, Matteson, IL 60443-1981 |
| 18305457 | + | Leading Age Texas, 2205 Hancock, Austin, TX 78756-2508 |
| 18305458 | + | Leticia McLeod, 10713 Sea Hero Lane, Austin, TX 78748-2914 |
| 18305459 | + | Lewis Electric Company, PO Box 1363, North Sioux City, IA 57049-1363 |
| 18305460 | + | Lincare, 14839 W. 95th Street, Lenexa, KS 66215-5220 |
| 18305461 | + | Lorelei Reyes Rueda, 5750 Porano Circle, Round Rock, TX 78665-2104 |
| 18305467 | ++ | MEDLINE INDUSTRIES INC, ATTN ANNE KISHA, ONE MEDLINE PL, MUNDELEIN IL 60060-4486 address filed with court:, Medline Industries, PO Box 121080, Dallas, TX 75312 |
| 18305476 | + | MNMed, 3433 Broadway St. NE #187, Minneapolis, MN 55413-2199 |
| 18305478 | | MOTG, PO Box 936734, Albert, GA 31193 |
| 18305462 | + | Managed Meds, LLC, PO Box 377, Mason, OH 45040-0377 |
| 18305463 | + | Marketplace Hardware, 3049 Hamilton Blvd., Sioux City, IA 51104-2407 |

22-10227-smr  Doc#17  Filed 07/10/22  Entered 07/10/22 23:19:40  Imaged Certificate of Notice Pg 4 of 7

| District/off: 0542-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: 148 | Total Noticed: 219 |

| | | |
|---|---|---|
| 18305464 | + | Martin Brothers Motor Pool, 1612 N. Swenson, Stamford, TX 79553-2908 |
| 18305465 | | Mas Vida Health Care Solutions, 133 Bursery Lane, Fort Worth, TX 76114 |
| 18306761 | + | McGREGOR TX REALTY, LLC, c/o Patrick J. Schurr, 2600 Network Boulevard, suite 400, Frisco, TX 75034-6010 |
| 18305466 | + | McKesson Medical Supply, 1414 Shore District Drive #3121, Austin, TX 78741-2102 |
| 18305468 | + | Merwin LTC Pharmacy, 1811 Old Highway 8 NW, New Brighton, MN 55112-1828 |
| 18305469 | + | Methodist Hospital, 6500 Excelsior Blvd., St. Louis Park, MN 55426-4700 |
| 18305470 | + | Mid-American Energy, PO Box 8020, Davenport, IA 52808-8020 |
| 18305471 | #+ | Midwest Respiratory Care, 9931 S. 136th St. #100, Omaha, NE 68138-3937 |
| 18305472 | + | Minnesota Dept. of Labor & Industry, PO Box 4629, St. Paul, MN 55101-4629 |
| 18305475 | + | Miranda M Williams LLC, 7613 Providence Drive, Rowlett, TX 75089-3905 |
| 18305477 | + | Mobilex USA, PO Box 17462, Baltimore, MD 21297-0518 |
| 18305480 | + | National Data Care, PO Box 222430, Chantilly, VA 20153-2430 |
| 18305481 | + | National Seating & Mobility, PO Box 415000, Nashville, TN 37241-5000 |
| 18305482 | + | Neil Gibson MD, 4910 Beach Blvd., Jacksonville, FL 32207-4817 |
| 18305483 | + | Net Health Systems, Inc., PO Box 72046, Cleveland, OH 44192-0002 |
| 18305484 | + | Net Health Systems, Inc., 40 24th Street 1st Floor, Pittsburgh, PA 15222-4683 |
| 18305485 | + | Northwest Respiratory Services LLC, PO Box 1450, Minneapolis, MN 55485-1450 |
| 18305486 | + | Oak Farms Dairy Dallas, 1819 Rutland Drive, Austin, TX 78758-5423 |
| 18306960 | + | PHILIP FRIEDMAN, c/o Patrick J. Schurr, 2600 Network Boulevard, suite 400, Frisco, TX 75034-6010 |
| 18305502 | + | POPP Communication, PO Box 856076, Minneapolis, MN 55485-6076 |
| 18305487 | + | Pan American Life Insurance Co., 601 Poydras Street, New Orleans, LA 70130-6060 |
| 18305488 | + | Partners Pharmacy of Texas, LLC, PO Box 825574, Philadelphia, PA 19182-5574 |
| 18305489 | + | Patrick J. Schurr, 2600 Network Blvd. #400, Frisco. TX 75034-6010 |
| 18305490 | | Performance FoodService, PO Box 951641, Dallas, TX 75395-1641 |
| 18305491 | + | Pharmaceutical Consulting of, America, PO Box 84158, Baton Rouge, LA 70884-4158 |
| 18305492 | + | Pharmscripts of IA LLC, PO Box 6171, Somersent, NJ 08875-6171 |
| 18305493 | + | Phil Chai Management, 3509 Rogge Lane, Austin, TX 78723-3640 |
| 18305495 | + | Philip Friedman/Host Alliances, Paragon, 60 Broad Street Floor 24 #2430, New York City, NY 10004-2342 |
| 18305496 | + | Philip Friedman, 1981 Marcus Avenue, New Hyde Park, NY 11042-2060 |
| 18305494 | + | Philip and Penelope Thompson, 210 Lakeside Drive, Waulkerton, IN 46574-9533 |
| 18305497 | + | Pierre Cottrell, 15140 E. Vermillion Circle, Ham Lake, MN 55304-6343 |
| 18305498 | + | Plains Boiler Service, 2300 Hawkeye Drive, Sioux City, IA 51105-2058 |
| 18305499 | + | Plunkett's Pest Control, 40 52nd Way NE, Fridley, MN 55421-1014 |
| 18305500 | + | Point Click Care, PO Box 674802, Detroit, MI 48267-4802 |
| 18305501 | + | Polsinelli, 2950 N. Harwood St #2100, Dallas, TX 75201-1623 |
| 18305504 | + | Professional Portable X-Ray Inc, 755 Cliff Road East, Burnsville, MN 55337-1536 |
| 18305505 | + | Progressive Commerical Insurance, 8750 N. Central #500, Dallas, TX 75231-6458 |
| 18305506 | + | Quality Heathcare Resources, 1776 Avenue of the States #103, Lakewood, NJ 08701-4592 |
| 18305507 | + | Queen Sweet Jane, 1 Mark Drive, Spring Valley, NY 10977-1008 |
| 18305508 | | Quench USA Inc., PO Box 735777, Dallas, TX 75373-5777 |
| 18305510 | + | RL Specialty, PO Box 94, Skokie, IL 60076-0094 |
| 18305511 | | RMA Toll Processing, PO Box 734182, Dallas, TX 75373-4182 |
| 18305509 | + | Rawlings, Ell Wagner, Mohrhauser,, Nelson & Ro, 522 Fourth Street #300, Sioux City, IA 51101-1624 |
| 18305520 | + | SIzewise, PO Box 320, Ellis. KS 67637-0320 |
| 18305523 | + | SNF TX Holdings, LLC2, 1981 Marcus Avenue, New Hyde Park, NY 11042-2060 |
| 18306957 | + | STAMFORD TX REALTY, LLC, c/o Patrick J. Schurr, 2600 Network Boulevard, suite 400, Frisco, TX 75034-6010 |
| 18305512 | + | Sabrina Hill, 914 Albrecht Road, Goliad, TX 77963-3515 |
| 18305513 | + | Sarellite Central Inc., 1711 Hamilton Blvd., Sioux City, IA 51103-3053 |
| 18305514 | + | Schryver Medical, 12075 E. 45th Ave. #600, Denver, CO 80239-3136 |
| 18305515 | + | Screening for Life, LLC, PO Box 2754, Abilene, TX 79604-2754 |
| 18305516 | + | Senior Care Consulting Group LLC, 2522 Capital Circle NE #10, Tallahassee, FL 32308-4110 |
| 18305517 | + | Simple LTC, Inc., 2435 N. Central Expressway #1510, Richardson, TX 75080-2752 |
| 18305518 | + | Sioux City Journal Communications, PO Box 4690, Carol STream, IL 60197-4690 |
| 18305519 | + | Siouxland Chamber of Commerce, 101 Pierce Street, Sioux City, IA 51101-1485 |
| 18305522 | + | Smartlinx Solutions, LLC, PO Box 22598, New York City, NY 10087-2598 |
| 18305525 | + | Spectrotel, PO Box 339, Neptune, NJ 07754-0339 |
| 18305526 | + | Stamford Hospital Dist., 1601 Columbia Street, PO Box 911, Stamford, TX 79553-0911 |
| 18305527 | + | Stamford Residence and, Rehabilitation Center, 1003 Columbia St., Stamford, TX 79553-6825 |
| 18305528 | + | Stamford TX Realty, 1981 Marcus Avenue, New Hyde Park, NY 11042-1017 |
| 18305529 | | State of Minnesota, U1 Customer Service, PO Box 75576, St. Paul, MN 55175-0576 |
| 18305530 | | State of Minnesota, 100 Rey Dr. Martin Luther King, St. Paul, MN 55155, St. Paul, MN 55175-0576 |
| 18305532 | + | Streamline Verify, 100 Blvd of the Americas, Lakewood, NJ 08701-4585 |
| 18305533 | + | Summit Fire Protection, 575 Minnehaha Ave W, St. Paul, MN 55103-1573 |

22-10227-smr Doc#17 Filed 07/10/22 Entered 07/10/22 23:19:40 Imaged Certificate of Notice Pg 5 of 7

| District/off: 0542-1 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: 148 | Total Noticed: 219 |

| | | |
|---|---|---|
| 18305534 | + | Superior Vision Insurance Inc, PO Box 841343, Dallas, TX 75284-1343 |
| 18305535 | + | Sutton Funding/Delta RTR, Cloudfund, 15 West 36th Street, New York City, NY 10018-7910 |
| 18305536 | + | Sysco Lincoln, 900 Kingbird Road, Lincoln, NE 68521-3009 |
| 18305537 | + | Tara Cockerill, 1800 Indian Hills Dr., Sioux Coty, IA 51104-1518 |
| 18305538 | #+ | Tara M. Smith RD LMNT, 3941 V Street, Omaha, NE 68107-3146 |
| 18305540 | + | Texas Nurse Connection, Ltd., 3385 North 3rd #1, Abilene, TX 79603-7031 |
| 18305542 | | Texas Workforce Commission, 12312 North Mopac, Austin, TX 78758-2404 |
| 18305543 | + | The CKB Firm, 30 North LaSalle Street #1520, Chicago, IL 60602-3387 |
| 18305544 | + | The Wexus Group, 123 Grove Ave. #120, Cedarhurst, NY 11516-2302 |
| 18305545 | + | Theracore, 4522 Mallory Circle, Madison, WI 53704-2705 |
| 18305546 | + | Thyssenkropp Elevator Corp, PO Box 3796, Carol Stream, IL 60132-3796 |
| 18305547 | + | Total Fire and Safety Inc., 7909 Carr Street, Dallas, TX 75227-4056 |
| 18305548 | | Towne, 5140 US Highway 95, Howell, NJ 07731 |
| 18305549 | | Travis County Tax Collector, Attn: Bruce Elfant, PO Box 149328, Austin, TX 78714-9328 |
| 18305550 | | Twinmed LLC, PO Box 847340, El Monte, CA 91731 |
| 18305552 | + | U. S. Attorney General, Main Justice Bldg, 10th & Constitution Avenue, Washington, DC 20530-0001 |
| 18305553 | | U. S. Attorney/Civil Process Clerk, 601 N. W. Loop 410, Suite 600, San Antonio, TX 78216-5597 |
| 18305554 | + | United Healthcare, PO Box 94017, Palatine, IL 60094-4017 |
| 18305557 | + | Vista Land Services, 8512 Brookfield Drive, Austin, TX 78758-7226 |
| 18306956 | + | WALNUT HILLS TX REALTY, LLC, c/o Patrick J. Schurr, 2600 Network Boulevard, suite 400, Frisco, TX 75034-6010 |
| 18305558 | + | Walnut Hills Nursing & Rehab, 3509 Rogge Lane, Austin, TX 78723-3640 |
| 18305559 | + | Walnut Hills TX Realty LLC, 1981 Marcus Avenue, New Hyde Park, NY 11042-1017 |
| 18305560 | + | Washington Equuipment Co., 4034 W. Montrose, Chicago, IL 60641-2140 |
| 18305561 | + | Waste Management, PO Box 4648, Carol Stream, IL 60197-4648 |
| 18305562 | | Wells Fargo Home Mortage, PO Box 191950, San Francisco, CA 94119-1950 |
| 18305563 | + | William R. Watson, 109 B Knoll Court, Noblesville, IN 46062-8990 |
| 18305564 | + | Wilmed Hardware, PO Box 250, South Sioux City, NE 68776-0250 |
| 18305566 | + | Yisroel Cherns, 1 Mark Drive, Spring Valley, NY 10977-1008 |
| 18305567 | + | Zachary Lapin/Apollo HC, 13220 Breton Ridge, Houston, TX 77070-5809 |
| 18305568 | + | Zeno Imaging FM Services, PO Box 3895, Columbus, OH 43260-0001 |
| 18305569 | + | Zieske Law, 105 South Roselle Road #100, Schaumburg, IL 60193-1648 |

TOTAL: 195

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QJPLOWE.COM | Jul 09 2022 02:03:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 08 2022 22:01:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18305379 | EDI: ATTWIREBK.COM | Jul 09 2022 02:03:00 | AT & T, PO Box 78225, Phoenix, AZ 85062-8225 |
| 18305423 | Email/Text: pat@fleetaustin.com | Jul 08 2022 22:00:00 | Fleet Maintenance of Texas, PO Box 82045, Austin, TX 78708 |
| 18305394 | + Email/Text: ub.finance@ci.minneapolis.mn.us | Jul 08 2022 22:00:57 | City of Minneapolis, 250 S. Fourth Room 230, Minneapolis, MN 55415-1346 |
| 18305397 | + EDI: COMCASTCBLCENT | Jul 09 2022 02:03:00 | Comcast Business, PO Box 80533, City of Industry, CA 91716-8406 |
| 18305539 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jul 08 2022 22:00:00 | Texas Document Solutions Inc., PO Box 41602, Philadelphia, PA 19101 |
| 18305405 | Email/Text: litigation.recoverybkmailbox@dllgroup.com | Jul 08 2022 22:00:00 | De Lage Landen Financial Services, P.O. Box 41602, Phila, PA 19101-1602 |
| 18305410 | EDI: DIRECTV.COM | Jul 09 2022 02:03:00 | Direct TV, PO Box 78626, Phoenix, AZ 85062-8626 |
| 18305415 | + Email/Text: bankruptcynotices@ecolab.com | Jul 08 2022 22:01:00 | Ecolab, PO Box 70343, Chicago, IL 60673-0343 |
| 18305432 | + Email/Text: ecfbankruptcygme@nrgenergy.com | Jul 08 2022 22:01:00 | Green Mountain Energy, PO Box 660305, Dallas, |

22-10227-smr Doc#17 Filed 07/10/22 Entered 07/10/22 23:19:40 Imaged Certificate of Notice Pg 6 of 7

| District/off: 0542-1 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: 148 | Total Noticed: 219 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 18305444 | | EDI: IRS.COM | Jul 09 2022 02:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 18305473 | | Email/Text: Loni.Delmonico@state.mn.us | Jul 08 2022 22:01:00 | Minnesota Dept. of Labor & Industry, 443 Lafayette Road N, St. Paul, MN 55155-4309 |
| 18305479 | + | Email/Text: bankruptcy.notice@mutualofomaha.com | Jul 08 2022 22:01:00 | Mutual of Omaha, PO Box 2147, Omaha, NE 68103-2147 |
| 18306159 | + | EDI: RECOVERYCORP.COM | Jul 09 2022 02:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 18305503 | | Email/Text: office@proimagetx.com | Jul 08 2022 22:00:00 | Professional Imaging LLC, 6078 Bridgeview Drive, Ventura, CA 93003 |
| 18305521 | + | Email/Text: PDELINQ@sba.gov | Jul 08 2022 22:01:00 | Small Business Administration, 14925 Kingsport Raod, Fort Worth, TX 76155-2243 |
| 18305524 | + | Email/Text: BANKRUPTCIES@CABLEONE.BIZ | Jul 08 2022 22:01:00 | Sparklight, PO Box 9001009, Louisville, KY 40290-1009 |
| 18305531 | + | Email/Text: BankruptcyNotice@Stericycle.com | Jul 08 2022 22:00:00 | Steriocycle Inc., PO Box 6575, Carol Stream, IL 60197-6575 |
| 18337005 | + | EDI: RMSC.COM | Jul 09 2022 02:03:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 18305541 | | Email/Text: ridpacer@twc.state.tx.us | Jul 08 2022 22:01:00 | Texas Workforce Commission, Collections Department, 101 E. 15th St. Travis Bldg. #556, Austin, Tx. 78778-0001 |
| 18305552 | ^ | MEBN | Jul 08 2022 21:57:03 | U. S. Attorney General, Main Justice Bldg, 10th & Constitution Avenue, Washington, DC 20530-0001 |
| 18305555 | + | Email/Text: bankruptcyecf.shared@usfoods.com | Jul 08 2022 22:01:00 | US Foods, PO Box 1450, Minneapolis, MN 55485-1450 |
| 18305556 | + | EDI: VERIZONCOMB.COM | Jul 09 2022 02:03:00 | Verizon, PO Box 489, Newark, NJ 07101-0489 |
| 18305565 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Jul 08 2022 22:00:00 | Xcel Energy, PO Box 840, Denver, CO 80201 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18305474 | ##+ | Minnesota Pollution Control Agency, 18 Woodlake Drive, Rochester, MN 55904-6250 |
| 18305551 | ##+ | Twist Office Products, 1981 CR C2, West Roseville, MN 55113-1246 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022      Signature:      /s/Gustava Winters

22-10227-smr Doc#17 Filed 07/10/22 Entered 07/10/22 23:19:40 Imaged Certificate of Notice Pg 7 of 7

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Jul 08, 2022 | Form ID: 148 | Total Noticed: 219 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Elizabeth June Hickson | on behalf of Debtor Philip Douglas Thompson lizhickson@hicksonlawpc.com igotnotices@hicksonlawpc.com;HicksonLawPC@jubileebk.net |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Patrick J. Schurr | on behalf of Creditor WALNUT HILLS TX REALTY LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor PHILIP FRIEDMAN patrick.schurr@solidcounsel.com shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor ALLIANCE EQUITY GROUP LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor McGregor TX Realty LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor BETHANY MN REALTY LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor STAMFORD TX REALTY LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 9