

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 14, 2022.**

_____
TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Philip Douglas Thompson, | § | Case No. 22-10227-tmd |
| | § | |
| Debtor | § | Chapter 7 |

### Order Limiting Notice

On this day came on to be considered the Trustee's Motion to Limit Notice. After considering the Motion and the docket, no timely objection having been filed, the Court is of the opinion that the Motion should be granted and that notice in this case should be limited as provided by Federal Rule of Bankruptcy Procedure 2002(h).

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Limit Notice is granted.

IT IS FURTHER ORDERED that all notices required by Rule 2002(a) be sent only to the Debtor and his counsel, the Chapter 7 Trustee, the United States Trustee, those parties who have filed a request

for notice and creditors whose Proofs of Claim have been filed.

### # # #

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, Texas 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com