

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 07, 2022.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Philip Douglas Thompson, | § | Case No. 22-10227 - tmd |
| | § | |
| Debtor | § | Chapter 7 |

### Agreed Order Modifying Automatic Stay to Permit Continuation of Litigation

On this day, the Court considered the Motion of the Trustee herein to modify the Automatic Stay to Permit the Continuation of Litigation on the terms stated herein and the Court determining the Motion is stipulated by the Trustee and Dr. Bino Oommen, one of the parties involved in the Litigation and will hereby approve the Motion.

It is, therefore, ORDERED that the Automatic Stay imposed by Section 362 (a) is modified in the following manner:

1. The stay is modified and lifted to permit Bino Oommen, M.D., Plaintiff ("Dr. Oommen") in Case No. 2022 L 007993 (formerly numbered as Case No. 18 L 4985) in the Circuit Court of Cook County, Illinois, to continue to prosecute this action against all defendants, except that Dr. Oommen will make no collection efforts of any judgment obtained by Dr. Oommen against the Trustee, Debtor or the property of this estate but may collect any judgment from the remaining defendants and any available insurance proceeds of any defendant including but not limited to the Debtor.

2. The stay is modified and lifted to permit the Trustee and Dr. Oommen to continue the prosecution and defense of Case No. 2022 L007998 on the terms stated herein.

### ###

SO STIPULATED AND AGREED:

Bino Oommen, M.D.

By: *[signature: Brian J. Spencer by]*
Brian J. Spencer
Spencer Law Offices, P.C.
33 North Dearborn St., Ste. 1506
Chicago, IL 60602
Telephone: (312) 667-0255
Email: brian@bspencerlaw.com

*[signature: Elizabeth J. Hickson by]*
Elizabeth J. Hickson, Attorney for Debtor
State Bar No.09586000
4833 Spicewood Springs Rd., #200
Austin, TX 78759
Telephone: (512) 346-8597
Email: lizhickson@hicksonlawpc.com

_____
John Patrick Lowe, Trustee
State Bar No. 12623700
2402 East Main Street
Uvalde, TX 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com