IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-10227-tmd |
| | § | |
| PHILIP DOUGLAS THOMPSON | § | CHAPTER 7 |
| Debtor(s). | § | |
| | § | |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| Movant, | § | |
| | § | |
| v. | § | |
| | § | |
| PHILIP DOUGLAS THOMPSON | § | |
| JOHN PATRICK LOWE, Trustee | § | |
| Respondents. | § | |

## ORDER LIFTING AUTOMATIC STAY

**CAME ON FOR CONSIDERATION,** the Motion for Relief from Stay of Action Against Collateral ("Motion") previously filed herein, and the Court having considered the Motion, and no response to the Motion having been offered by any party, and it appearing that Wells Fargo Bank, N.A.,("Movant") has an interest in the property described in the Motion; that Debtor has not

offered any opposition to the Motion; that all parties in interest have been duly notified of the Motion for Relief from Stay on such Motion;

**IT IS ORDERED, ADJUDGED AND DECREED**

1. That the motion is *granted*: the automatic stay of 11 U.S.C. §362(a) is lifted to allow Movant to authorize movant to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

2. That the fourteen (14) day stay period otherwise imposed by Fed. R. Bnkr. P. 4001(3) shall not be applicable to this Order.

###END OF ORDER###

Submitted by:

   */s/ Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
Florida Bar No. 85894
*Admitted to all federal district courts in*
 *and for the state of Texas (N.D., S.D., W.D., E.D.)*
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Texas Address:
2201 W. Royal Lane, Suite 200
Irving, TX 75063
Email: jfraser@alaw.net