# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 22–10227–tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Philip Douglas Thompson**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at https://us–courts.webex.com/meet/Davis, via WebEx, or by phone. Call–in number:, 650–479–3207 Access code: 160 704 4630

on **1/9/23 at 01:45 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 35 Motion for Relief from Stay (14 Day Objection Language) ( Filing Fee: $ 188.00 ) filed by Jeffrey Sean Fraser for Creditor Wells Fargo Bank, N.A. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Affidavit # 4 Proposed Order)) Hearing Scheduled For 1/9/2023 at 01:45 PM at https://us–courts.webex.com/meet/Davis via Webex or Phone. Call 650–479–3207 Code:160 704 4630 (Benitez, Estella) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. **A TIMELY–FILED RESPONSE IS NECESSARY FOR A HEARING TO BE HELD**.....*IF TIME ESTIMATE FOR BOTH SIDES EXCEEDS 30 MINUTES, PLEASE E–MAIL THE COURTROOM DEPUTY AT JENNIFER_LOPEZ@TXWB.USCOURTS.GOV FOR A SPECIAL SETTING; IF THIS MATTER SETTLES, YOU MAY APPEAR AT DOCKET CALL TO EITHER SUBMIT AN AGREED ORDER OR ANNOUNCEMENT 30 MINUTES BEFORE THE HEARING TIME.*

Dated: 12/6/22

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)–TMD] [NtchrgBKtmdap]