

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 20, 2022.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Philip Douglas Thompson, | § § § | Case No. 22-10227-tmd |
| Debtor | § | Chapter 7 |

### Order Granting Trustee's Motion to Abandon Interests in Three Business Entities

On this day came on to be considered the Trustee's Motion to Abandon Interests in Three Business Entities. No timely objection to the Motion was filed. After a review of the Motion and the docket, the Court is of the opinion that the Motion should be granted.

IT IS, THEREFORE, ORDERED that the Trustee's Motion to Abandon Interests in Three Business Entities is granted.

1

IT IS FURTHER ORDERED that the Trustee is authorized and directed to abandon the interests in the entities, Stamford Residence and Rehabilitation Center, LLC, Walnut Hills Management, LLC and Phil Chai Healthcare Management, LLC.

IT IS FURTHER ORDERED that entry of this Order shall be deemed to constitute the abandonment of the estate's interests in Stamford Residence and Rehabilitation Center, LLC, Walnut Hills Management, LLC and Phil Chai Healthcare Management, LLC.

###

Order Prepared By:

John Patrick Lowe, Trustee
2402 East Main Street
Uvalde, TX 78801
Telephone: (830) 407-5115
Email: pat.lowe.law@gmail.com