**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 28, 2022**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 22-10227-tmd |
| | § | |
| PHILIP DOUGLAS THOMPSON | § | CHAPTER 7 |
| Debtor(s). | § | |
| | § | |
| | § | |
| WELLS FARGO BANK, N.A. | § | |
| Movant, | § | |
| | § | |
| v. | § | |
| | § | |
| PHILIP DOUGLAS THOMPSON | § | |
| JOHN PATRICK LOWE, Trustee | § | |
| Respondents. | § | |

## ORDER LIFTING AUTOMATIC STAY

**CAME ON FOR CONSIDERATION,** the Motion for Relief from Stay of Action Against Collateral ("Motion") previously filed herein, and the Court having considered the Motion, and no response to the Motion having been offered by any party, and it appearing that Wells Fargo Bank, N.A.,("Movant") has an interest in the property described in the Motion; that Debtor has not

offered any opposition to the Motion; that all parties in interest have been duly notified of the Motion for Relief from Stay on such Motion;

**IT IS ORDERED, ADJUDGED AND DECREED**

1. That the motion is *granted*: the automatic stay of 11 U.S.C. §362(a) is lifted to allow Movant to authorize movant to pursue its state law remedies against the Property, including foreclosure, repossession and/or eviction.

2. That the fourteen (14) day stay period otherwise imposed by Fed. R. Bnkr. P. 4001(3) shall not be applicable to this Order.

###END OF ORDER###

Submitted by:

   */s/ Jeffrey S. Fraser, Esq.*
Jeffrey S. Fraser, Esq.
Florida Bar No. 85894
*Admitted to all federal district courts in
 and for the state of Texas (N.D., S.D., W.D., E.D.)*
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Texas Address:
2201 W. Royal Lane, Suite 200
Irving, TX 75063
Email: jfraser@alaw.net

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 22-10227-tmd |
| Philip Douglas Thompson | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 28, 2022 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Philip Douglas Thompson, 5750 Porano Circle, Round Rock, TX 78665-2104 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2022            Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Candace M Murphy | on behalf of Creditor Wells Fargo Bank N.A. cmurphy@alaw.net, bankruptcy@creditor-rights.com |
| Courtney J. Hull | on behalf of Creditor Texas Workforce Commission bk-chull@oag.texas.gov sherri.simpson@oag.texas.gov |
| Elizabeth June Hickson | on behalf of Debtor Philip Douglas Thompson lizhickson@hicksonlawpc.com igotnotices@hicksonlawpc.com;HicksonLawPC@jubileebk.net |
| Jeffrey Sean Fraser | on behalf of Creditor Wells Fargo Bank N.A. jfraser@alaw.net, jfraser@albertellilaw.com';anhsalaw@infoex.com |
| John Patrick Lowe | |

| District/off: 0542-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 28, 2022 | Form ID: pdfintp | Total Noticed: 1 |

|  |  |
|---|---|
|  | on behalf of Trustee John Patrick Lowe pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Patrick J. Schurr | on behalf of Creditor STAMFORD TX REALTY LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor WALNUT HILLS TX REALTY LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor PHILIP FRIEDMAN patrick.schurr@solidcounsel.com shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor ALLIANCE EQUITY GROUP LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor McGregor TX Realty LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| Patrick J. Schurr | on behalf of Creditor BETHANY MN REALTY LLC patrick.schurr@solidcounsel.com, shelley.juskiewicz@solidcounsel.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 13